

COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.41⁶
02 1W
0001401623 OCT 15 2015

PRESORTED
FIRST CLASS

ANURIS

Discharged

RE: WR-83,941-01

MARCUS QUIN BUTLER
MONTFORD UNIT - TDC # 1910898
8602 PEACH ST.
LUBBOCK, TX 79404-7605

51 CUE-N3B 78711@2308
79404